IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| NORBERTO MEDINA-RODRIGUEZ,<br><br>Plaintiff(s),<br><br>v.<br><br>SUPERMERCADOS SELECTOS BRENDALYN, *et al.*,<br><br>Defendant(s), | CIVIL NO. 17-1944 (JAG) |

JUDGMENT

Pursuant to Plaintiff's Notice of Voluntary Dismissal, Docket No. 4, Judgment is hereby entered DISMISSING WITH PREJUDICE Plaintiff's case. The case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 22nd day of August, 2017.

s/ Jay A. Garcia-Gregory
JAY A. GARCIA-GREGORY
U.S. DISTRICT JUDGE